UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHERYL JOSHUA                          CIVIL ACTION

VERSUS                                 NO: 06-8603

STATE FARM FIRE & CASUALTY CO.         SECTION: "J" (4)

**ORDER**

Before the Court is Plaintiff's Motion to Continue Trial (Rec. Doc. 27). The motion is opposed. For the reasons below, Plaintiff's Motion is **DENIED.**

**DISCUSSION**

Plaintiff seeks a continuance in this Katrina litigation on the grounds that Plaintiff's counsel is involved in state court litigation set for trial on March 3, 2008, the same day this case is set for trial. Plaintiff asserts that the state court matter is older, and therefore should be given priority over this litigation. Plaintiff points the Court to LA. CIV. CODE ANN. art. 1601. However, that article is inapposite to this situation, in that it concerns preference of payments among particular legatees. The Court assumes that Plaintiff is referring to LA. CODE CIV. P. art. 1601 which states that a "continuance may be granted if there is good cause therefor." Even assuming that the

Louisiana Code of Civil Procedure was applicable in this Court, the Court does not disagree with the general sentiment of the article cited.

However, the facts of this case do not warrant a continuance. Trial was set in this matter on June 28, 2007. Plaintiff's counsel set trial in his state court litigation in October, 2007. Louisiana courts have held that when there are conflicts between state and federal trial dates, "the case fixed first or set . . . for a future trial date should take preference over a case subsequently fixed by a judge in the opposite system for the same trial date." *Longman v. Allstate Ins. Co.*, 589 So. 2d 73, 74 (La. App. 4 Cir. 1991) *reversed on other grounds* 589 So. 2d 1 (La. 1991). This Court agrees. Plaintiff's counsel has known about this trial date since June, 2007 and has known about the potential conflict since October 2007. However, counsel waited until January of 2008, less than a month from the scheduled pre-trial conference in order to ask for this continuance. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Continue Trial (Rec. Doc. 27) is **DENIED**.

New Orleans, Louisiana this the 24th day of January, 2008.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE